# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMY HEATH BARNEY,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:17-1779 |
| v. : | (JUDGE MANNION) |
| **PA DEP'T CORR., et al,** : | |
| Defendants : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. 35) is **GRANTED**.

2. Plaintiff's motion for injunctive relief (Doc. 31) is **DISMISSED** as moot.

3. Plaintiff's motion to depose Defendants (Doc. 49), motion for discovery (Doc. 52) and motion for leave to file supplemental brief in support of discovery (Doc. 62) are **DISMISSED** as moot.

4. Plaintiff's motion for sanctions for Defendants use of Smart Communications to serve Plaintiff with their filings, (Doc. 63) is **DENIED**.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 2, 2021**
17-1779-01-ORDER